STATE OF NEW JERSEY v. GARY BIANCO.

November 12, 1984.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for its consideration of defendant's argument that he was denied the equal protection and due process of law by reason that his appeal was heard as a part of the excessive sentence oral argument program.

JAMES PATRICK TIGHE v. J & T MAINTENANCE COMPANY AND HENRY LAUREL COMPANY.

November 12, 1984.

Petition for certification denied.

MARVIN F. MATLACK v. BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS AND NEW JERSEY CONSERVATION FOUNDATION.

November 12, 1984.

Petition for certification denied.   (See 194 *N.J.Super.* 359)